Randolph H. Barnhouse
Luebben Johnson & Barnhouse LLP
211 12th Street NW
Albuquerque, New Mexico 87102-1815
Telephone:  (505) 842-6123
Facsimile:    (505) 842-6124

Marshall C. Whitney, # 082952
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation,<br><br>Defendant. | Case No.  1:06-Cv-00736-OWW-WMW<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AMENDED COMPLAINT** |

Upon Stipulated Motion of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT the motion is granted and plaintiff shall have an extension of time in which to file an amended complaint until thirty days after the Court rules on plaintiff's pending motion to amend and for a stay of proceedings.

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  March 16, 2007

     /s/ Oliver W. Wanger
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

LUEBBEN JOHNSON & BARNHOUSE LLP
211 12TH STREET NW
ALBUQUERQUE, NM 87102-1815

PDF created with pdfFactory trial version www.pdffactory.com