Randolph H. Barnhouse
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque,
New Mexico 87107
Telephone:   (505) 842-6123
Facsimile:   (505) 842-6124

Marshall C. Whitney, # 082952
 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation,<br><br>Defendant. | Case No. 1:06-CV-00736-OWW-NEW (WMW)<br><br>**ORDER GRANTING STIPULATED MOTION TO VACATE HEARING AND REQUEST FOR RULING BASED ON LEGAL MEMORANDA SUBMITTED BY THE PARTIES** |

Upon Stipulated Motion of the parties and good cause appearing therefore, IT IS HEREBY ORDERED THAT the hearing in this matter scheduled for April 23, 2007 is vacated.  The Court will rule on Plaintiff's pending motion to amend this Court's February 15, 2007, order based on the legal memoranda submitted by the parties.

LUEBBEN JOHNSON &
BARNHOUSE LLP
7424 4TH STREET NW
LOS RANCHOS DE ALBUQUERQUE,
NEW MEXICO 87107

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE HEARING

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: April 10, 2007

4                                               /S/ OLIVER W. WANGER
                                               United States District Judge

28  [PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE HEARING

LUEBBEN JOHNSON &
BARNHOUSE LLP
7424 4TH STREET NW
LOS RANCHOS DE ALBUQUERQUE,
NEW MEXICO 87107

PDF created with pdfFactory trial version www.pdffactory.com

2