Randolph H. Barnhouse
Luebben Johnson & Barnhouse LLP
7424 4th St. N.W.
Los Ranchos de Albuquerque, New Mexico
87102-1815
Telephone:   (505) 842-6123
Facsimile:   (505) 842-6124

Marshall C. Whitney, # 082952
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a California municipal corporation,<br><br>Defendant. | Case No.  1:06-Cv-00736-OWW-WMW<br><br>**ORDER GRANTING STIPULATED MOTION TO VACATE HEARING AND REQUEST FOR RULING BASED ON LEGAL MEMORANDA SUBMITTED BY THE PARTIES** |

Upon plaintiff's motion and good cause appearing therefore, IT IS HEREBY ORDERED THAT the motion is granted and the hearing, currently scheduled for July 25, 2011, is vacated.

IT IS SO ORDERED.

Dated:   **July 22, 2011**            /s/ **Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE