**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Paiute-Shoshone Indians of The Bishop Community of the Bishop Colony, California, *a federally recognized Indian tribe*,<br><br>                    Plaintiff<br><br>          v.<br><br>City of Los Angeles, *a California municipal corporation*,<br><br>and<br><br>United States of America, *et al.*<br><br>                    Defendants. | Case No. 1:06-cv-00736-LJO-GSA<br><br>**GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** |

IT IS HEREBY ORDERED THAT:  Federal Defendants' Unopposed Motion to Modify Briefing Schedule for Defendants' Motions to Dismiss is GRANTED.  Defendant United States' motion to dismiss Plaintiff's amended complaint is due on or before February 6, 2012; Plaintiff's opposition to the City's motion and the United States' motion is due on or before March 2, 2012; and the City's and United States' replies are due on or before March 16, 2012.

IT IS SO ORDERED.

Dated:    **February 3, 2012**              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE