IGNACIA S. MORENO
Assistant Attorney General

KENNETH ROONEY
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-9269
Fax: (202) 305-0506
E-mail: kenneth.rooney@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paiute-Shoshone Indians of The Bishop Community of the Bishop Colony ) ) ) Plaintiff ) ) v. ) ) City of Los Angeles, *a California municipal corporation*, ) ) ) ) United States of America, *et al.* ) ) Defendants. ) ) | Case No. 1:06-cv-00736-LJO-GSA **FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO 12(b)(1) AND 12(b)(6)** |

TO PLAINTIFF AND THE CITY OF LOS ANGELES AND THEIR ATTORNEYS OF RECORD:  Please take notice that the following motion will be heard by the Honorable Lawrence J. O'Neill, judge of the United States District Court for the Eastern District of California, on March 26, 2012, at 8:30 a.m. in Courtroom 4, located at 2500 Tulare Street, Fresno, California 93721.

Federal Defendants'
Notice of Motion and
Motion to Dismiss
Civ. No. 1:06-cv-00736                                   1

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Federal Defendants hereby move to dismiss Plaintiff's Amended Complaint for lack of subject matter jurisdiction and failure to state a claim. This motion is based upon Federal Defendants' Memorandum in Support of Motion to Dismiss Plaintiff's Amended Complaint Pursuant to 12(b)(1) and 12(b)(6).

Respectfully submitted, this 6th day of February, 2012.

           IGNACIA S. MORENO
           Assistant Attorney General

            /s/ Kenneth D. Rooney
           KENNETH D. ROONEY
           Trial Attorney
           United States Department of Justice
           Environment and Natural Resources Division
           Natural Resources Section
           P.O. Box 7611
           Washington, D.C. 20044
           Phone: (202) 514-9269
           Fax: (202) 305-0506
           E-mail: kenneth.rooney@usdoj.gov

OF COUNSEL

Daniel G. Shillito
Regional Solicitor
Department of the Interior

Federal Defendants'
Notice of Motion and
Motion to Dismiss
Civ. No. 1:06-cv-00736        2