| | |
|---|---|
| Randolph H. Barnhouse<br>Samuel D. Hough, #234886<br>Luebben Johnson & Barnhouse LLP<br>7424 4th Street NW<br>Los Ranchos de Albuquerque, New Mexico 87107<br>Telephone:   (505) 842-6123<br>Facsimile:     (505) 842-6124<br><br>Marshall C. Whitney, # 082952<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:   (559) 433-1300<br>Facsimile:     (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Plaintiff
PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian tribe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian tribe,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA; Department of the Interior; Ken Salazar, Secretary of the Interior; Bureau of Indian Affairs; Larry Echo Hawk, Assistant Secretary-Indian Affairs;<br><br>and<br><br>CITY OF LOS ANGELES, a California municipal corporation,<br><br>    Defendants. | Case No.  1:06-CV-00736-OWW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Paiute-Shoshone Tribe of the Bishop Community, a federally recognized Indian tribe, ("Plaintiff") and files this notice of dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  In support of this notice the Plaintiff states the following:

1. The Plaintiff has not previously dismissed in any court of the United States an action based on or including the same claims against the Defendants.

2. No answer or motion for summary judgment has been served upon the Plaintiff by the Defendants as of the date of this notice.

This action is accordingly dismissed without prejudice and does not operate as adjudication on the merits.  Rule 41(a)(1)(B) Fed. R. Civ. P.  No order by the Court is required under the rule.


Dated: February 28, 2012                    LUEBBEN JOHNSON & BARNHOUSE, LLP


By: /s/ Samuel D. Hough
Randolph H. Barnhouse
Samuel D. Hough
Attorneys for Plaintiff
PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA, a federally recognized Indian tribe

LUEBBEN JOHNSON &
BARNHOUSE LLP
7424 4TH STREET NW
LOS RANCHOS DE ALBUQUERQUE, NM 87107

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE