IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIUTE-SHOSHONE INDIANS OF THE BISHOP COMMUNITY OF THE BISHOP COLONY, CALIFORNIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 06-0736 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 126.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;

2. VACATES all pending matters and dates, including the March 26, 2012 hearing on defense motions to dismiss; and

3. DIRECTS the clerk to close this action.

This Court will take no further action on the defense motions to dismiss.

IT IS SO ORDERED.

**Dated:    February 29, 2012**                          /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1